RETURN TO CUSTOMER

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Derek A. Newman, State Bar No. 190467<br>derek@newmanlaw.com<br>NEWMAN DU WORS LLP<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA 90401<br>Telephone: (310) 359-8200<br><br>Derek Linke (pro hac vice to be filed)<br>linke@newmanlaw.com<br>NEWMAN DU WORS LLP<br>1201 Third Avenue, Suite 1600<br>Seattle, WA 98101<br>Telephone: (206) 274-2800<br><br>ATTORNEYS FOR: Luxe Link, LLC | FILED<br><br>12 JUN -1 PM 3:17<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY: _____ |
|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| LUXE LINK, LLC, a California limited liability company,<br><br>  Plaintiff(s),<br>v.<br><br>PROVIDE COMMERCE, INC., a Delaware corporation, d/b/a RedEnvelope.com,<br><br>  Defendant(s) | CASE NUMBER:<br><br>**CV12-04829 DMG(MRWx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Luxe Link, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                           **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Luxe Link, LLC                                                       Plaintiff
PROVIDE COMMERCE, INC., a Delaware corporation, d/b/a    Defendant
RedEnvelope.com,

BY FAX

June 1, 2012                              /s/ signature
Date                                          Sign

                                          Derek A. Newman
                                          Attorney of record for or party appearing in pro per

CV-30 (04/10)                         NOTICE OF INTERESTED PARTIES